**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

LUIS RAFAEL AGUIAR OLIVARES,

                    Petitioner,

    v.                                      9:26-cv-00203 (AMN)

ICE CUSTODIAN BROOME COUNTY
CORRECTIONAL FACILITY,

                    Respondent.

**Hon. Anne M. Nardacci, United States District Judge:**

**ORDER TO SHOW CAUSE**

Upon consideration of Petitioner's Motion for Temporary Restraining Order, Dkt. No. 2 ("Motion"), and Petition for Writ of Habeas Corpus, Dkt. No. 1 ("Petition"), and good cause having been shown for the relief granted herein, the Court hereby

**ORDERS** that Respondent appear before the United States District Court for the Northern District of New York, located at 445 Broadway, Albany, New York 12207, Courtroom 6, on Thursday, February 19, 2026, at 1:30 p.m. and **SHOW CAUSE** why the Petition should not be granted; and the Court further

**ORDERS** that Respondent file a response to the Petition no later than Friday, February 13, 2026; and the Court further

**ORDERS** that Petitioner shall have the opportunity to file a reply by Tuesday, February 17, 2026; and the Court further

**ORDERS** that Respondent is enjoined from moving Petitioner outside the jurisdiction of the Northern District of New York until this civil action is resolved; and the Court further

1

**ORDERS** that the Clerk shall serve a copy of this Order, the Petition, and the Motion upon the United States Attorney's Office for the Northern District of New York.

**IT IS SO ORDERED.**

Dated: February 10, 2026
Albany, New York

Anne M. Nardacci
U.S. District Judge