**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

LUIS RAFAEL AGUIAR OLIVARES,

                Petitioner,

    v.                                   9:26-cv-00203 (AMN)

ICE CUSTODIAN and BROOME
COUNTY CORRECTIONAL FACILITY,

                Respondents.

---

**APPEARANCES:**                                  OF COUNSEL:

**LUIS RAFAEL AGUIAR OLIVARES**
Broome County Correctional Facility
P.O. Box 2047
Binghamton, New York 13902
Petitioner *pro se*

**NINOSKA MERCEDES OLIVARES PRIETO**
900 Milton Avenue – Apartment 1
Syracuse, New York 13204
Next Friend to Petitioner *pro se*

**UNITED STATES ATTORNEY FOR THE**      **DAVID M. KATZ, ESQ.**
**NORTHERN DISTRICT OF NEW YORK**      Assistant United States Attorney
100 South Clinton Street
Syracuse, New York 13261
*Counsel for Respondent ICE Custodian*

**BROOME COUNTY ATTORNEY'S OFFICE**      **JOSHUA T. TERRELL, ESQ.**
Broome County Office Building                  Assistant Broome County Attorney
60 Hawley Street
P.O. Box 1766
Binghamton, New York 13902
*Counsel for Respondent*
*Broome County Correctional Facility*

1

**Hon. Anne M. Nardacci, United States District Judge:**

**ORDER**

Petitioner Luis Rafael Aguiar Olivares ("Petitioner") is a noncitizen who, in December 2023, presented himself to immigration authorities at a port of entry, after making an appointment to do so, and was paroled into the United States. Dkt. No. 1 at 3; Dkt. No. 7-2 at 2-3; Dkt. No. 7-1 at ¶¶ 4-5. Petitioner has applied for asylum and his application is still pending. United States Immigration and Customs Enforcement ("ICE") nonetheless detained Petitioner on October 8, 2025. Dkt. No. 7-1 at ¶¶ 8, 10. Petitioner remains detained at the Broome County Correctional Facility in Binghamton, New York. Dkt. No. 5 at 2. On February 9, 2026, the Court received a petition under 28 U.S.C. § 2241 for a writ of habeas corpus, seeking an order granting, *inter alia*, Petitioner's immediate release. Dkt. No. 1 ("Petition"). After considering briefing from all parties, Dkt. Nos. 1, 2, 5, 7, 11, and arguments made during a hearing on February 19, 2026, the Court grants the Petition and orders Petitioner's immediate release. The Court will issue a written decision setting forth the reasons for this Order in more detail in due course.

Accordingly, the Court hereby

**ORDERS** that the Petition for a writ of habeas corpus, Dkt. No. 1, is **GRANTED**; and the Court further

**ORDERS** that Respondents shall **immediately release Petitioner Luis Rafael Aguiar Olivares from custody**; and the Court further

**ORDERS** that Respondents shall certify compliance with this Order by filing a status report by 3:00 p.m. on February 20, 2026; and the Court further

**ORDERS** that having considered the particular circumstances of this case and *Mathews v. Eldridge*, 424 U.S. 319 (1976), Petitioner Luis Rafael Aguiar Olivares shall not be re-detained without adequate notice to Petitioner and his mother and next friend, Ninoska Mercedes Olivares

Prieto, and without an opportunity to be heard at a hearing where the Government will have the burden of showing that his detention is authorized under 8 U.S.C. § 1226(a) and the burden to demonstrate by clear and convincing evidence that Petitioner is either a danger to the community or a flight risk; and the Court further

**ORDERS** that pending the issuance of any final removal order against Petitioner Luis Rafael Aguiar Olivares, Respondents are also enjoined from denying him bond in any subsequent proceeding on the basis that he must be detained pursuant to 8 U.S.C. § 1225(b), absent a change in relevant circumstances, consistent with the Court's oral order.

**IT IS SO ORDERED.**

Dated: February 19, 2026
      Albany, New York

Anne M. Nardacci
U.S. District Judge